IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, BEHZAD NEYDAVOUD

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BEHZAD NEYDAVOUD,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendants. | Case No.: CV 11-3714 JC<br><br>ORDER AWARDING<br>EAJA FEES<br><br><br>HON. JACQUELINE CHOOLJIAN<br>UNITED STATES MAGISTRATE<br>JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND DOLLARS ($3,000.00) which includes compensation in the amount of $2,650.00 for all legal services rendered by Plaintiff's attorney in this civil action and $350.00 for reimbursement of costs, as authorized by 28 U.S.C. § 2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED:   February 7, 2012

             /s/
HON. JACQUELINE CHOOLJIAN
U.S. MAGISTRATE JUDGE